**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF
CARPENTERS PENSION FUND,
WELFARE FUND, ANNUITY FUND,
AND APPRENTICESHIP,
JOURNEYMAN RETRAINING,
EDUCATIONAL AND INDUSTRY
FUND, *et al.,*

                       Plaintiffs,

          -against-

DIFAMA CONCRETE, INC., *et al.,*

                     Defendant.
-----------------------------------------------------------------X

**25 Civ. No. 4488 (LAK) (GS)**

**VIDEO DISCOVERY**
**CONFERENCE ORDER**

**GARY STEIN, United States Magistrate Judge:**

This action is scheduled for a Video Discovery Conference on **Wednesday, January 21, 2026 at 11:00 a.m.** to discuss Plaintiff's anticipated motion to compel production of documents by Defendant JNR Flooring, Inc. and to compel a sworn statement from a corporate representative of Defendant DiFama Concrete, Inc. as to the destruction and/or loss of all documents relating to DiFama. The parties are directed to join the conference via Microsoft Teams at the scheduled time using the following link: Click here to join the meeting. **Meeting ID: [262 884 315 277 39] Passcode: [hZ9SU73g]**

      **SO ORDERED.**

DATED:    New York, New York
           January 5, 2026

                                    _____
                                     The Honorable Gary Stein
                                     United States Magistrate Judge