**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF
CARPENTERS PENSION FUND,
WELFARE FUND, AND
APPRENTICESHIP, JOURNEYMAN
RETRAINING, EDUCATIONAL AND
INDUSTRY FUND, *et al.,*

                    Plaintiffs,

          -against-

DIFAMA CONCRETE, INC., *et al.*,

                    Defendants.
------------------------------------------------------------------X

**25 Civ. No. 4488 (LAK) (GS)**

**<u>VIDEO DISCOVERY</u>**
**<u>CONFERENCE ORDER</u>**

**GARY STEIN, United States Magistrate Judge:**

This action is scheduled for a Video Discovery Conference on **<u>Thursday, April 23,</u>**

**<u>2026 at 10:00 a.m.</u>** to discuss purportedly outstanding discovery obligations (*see* Dkt. Nos. 31,

32). Parties are directed to join the conference via Microsoft Teams at the scheduled time using

the following link: **Join the meeting now** **[Meeting ID: 294 217 622 831 60] [Passcode:**

**h5Bx9Fa7]**

       **SO ORDERED.**

DATED:    New York, New York
            April 15, 2026

                                     _____
                                      The Honorable Gary Stein
                                      United States Magistrate Judge