UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
PENSION FUND, WELFARE FUND,
ANNUITY FUND, AND
APPRENTICESHIP, JOURNEYMAN
RETRAINING, EDUCATIONAL AND
INDUSTRY FUND, et al.,

                      Plaintiffs,

        -against-

DIFAMA CONCRETE, INC., *et al.*,

                    Defendants.
------------------------------------------------------------------------X

**25 Civ. 4488 (LAK) (GS)**

**<u>ORDER</u>**

**GARY STEIN, United States Magistrate Judge:**

On April 23, 2026, the Court held a video conference with respect to the issues set forth in Plaintiffs' letter motions to compel discovery from Defendants (Dkt. Nos. 28, 31) and Defendants' responses thereto (Dkt. Nos. 30, 32).

As noted at the conference, Defendants have agreed to undertake certain efforts to produce additional discovery materials and meet and confer with Plaintiffs, where necessary, to resolve the ongoing discovery disputes. The Court defers a final ruling on Plaintiffs' motions to compel pending these efforts and discussions.

Accordingly, and for the reasons discussed during the conference, it is hereby ORDERED that:

1. The parties shall file a joint status letter updating the Court as to the status of their discovery disputes by no later than Thursday, May 7, 2026;

and

2. The deadline for discovery in this action is hereby extended to Thursday, August 13, 2026.

**SO ORDERED.**

DATED:    New York, New York
          April 23, 2026

_____

The Honorable Gary Stein
United States Magistrate Judge