**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, WELFARE FUND, AND APPRENTICESHIP, JOURNEYMAN RETRAINING, EDUCATIONAL AND INDUSTRY FUND, *et al.*,

Plaintiffs,

-against-

DIFAMA CONCRETE, INC., *et al.*,

Defendants.

---------------------------------------------------------------X

**25 Civ. No. 4488 (LAK) (GS)**

**VIDEO DISCOVERY CONFERENCE ORDER**

**GARY STEIN, United States Magistrate Judge:**

This action is scheduled for a Video Discovery Conference on **Thursday, September 3, 2026 at 3:00 p.m.** to discuss purportedly outstanding discovery obligations (*see* Dkt. Nos. 31, 32). Parties are directed to join the conference via Microsoft Teams at the scheduled time using the following link: **Join the meeting now** **[Meeting ID: 277 384 835 077 802] [Passcode: RX78yc6w]**

**SO ORDERED.**

DATED: New York, New York
August 12, 2026

Gary Stein
The Honorable Gary Stein
United States Magistrate Judge