MEMO ENDORSED

**RABINOWITZ, GALINA & ROSEN**
**Attorneys at Law**
94 WILLIS AVENUE
MINEOLA, NEW YORK 11501
T. (516) 739-8222
F. (516) 739-8225

Michael M. Rabinowitz
Michael R. Galina (1963-2017)
Gayle A. Rosen (grosen@randglaw.net)
Lisa A. Gutman
Daniel P. Rabinowitz

Application granted. The September 3 conference is adjourned to Friday, September 11, 2026 at 11:00 a.m. The parties are instructed to join the conference via the directions in Docket Number 47. SO ORDERED.

Date: August 26, 2026

Gary Stein
**United States Magistate Judge**
**Southern District of New York**

August 25, 2026

**VIA ECF**
Hon. Gary Stein, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 702
New York, New York 10007

Re: Trustees of the New York City District Council of Carpenters Pension Fund et al. v. DiFama Concrete, Inc. and JNR Flooring, Inc.
1:25-cv-4488-LAK-GS

Dear Judge Stein:

I write represent Defendants DiFama Concrete, Inc. ("DiFama") and JNR Flooring, Inc. ("JNR"). I write to request an adjournment of the conference scheduled for September 3, 2026.

I am scheduled to be on trial on September 2, 2026 and September 3, 2026 in the matter *Trincity Construction Plumbing Electric Corp. v. Gaddam Reddy et al.*, Index No. 715891/2023 in Queens County Supreme Court. The associate working with me on this matter is leaving the firm at the end of this week, so we do not have anyone to cover the conference.

This is the first request to adjourn this conference. Attorneys for Plaintiff consent to this request. The parties are available on September 9, 2026 in the late afternoon, September 11, 2026, and September 15, 2026.

Very truly yours,

/s/ Michael M. Rabinowitz
Michael M. Rabinowitz