**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------------X

TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, WELFARE FUND, ANNUITY FUND, AND APPRENTICESHIP, JOURNEYMAN RETRAINING, EDUCATIONAL AND INDUSTRY FUND, et al.,

Plaintiffs,

-against-

DIFAMA CONCRETE, INC., *et al.*,

Defendants.

----------------------------------------------------------------------X

**25 Civ. 4488 (LAK) (GS)**

**ORDER**

**GARY STEIN, United States Magistrate Judge:**

On September 11, 2026, the Court held a discovery conference with respect to Plaintiff's August 10, 2026 letter motion to compel. (*See* Dkt. Nos. 44, 45). As discussed further during the conference, it is hereby ORDERED that:

1. Defendants shall produce documents responsive to Plaintiff's post-deposition discovery requests by no later than Friday, September 25, 2026;
2. The parties shall proceed to finalize a date for Frank Fama's deposition;
3. The deadline for fact discovery is extended to October 13, 2026; and
4. The parties shall submit a subsequent joint status letter by no later than October 15, 2026.

The Clerk of Court is respectfully directed to close the open motions at Docket Numbers 28, 31, and 44.

**SO ORDERED.**

DATED: New York, New York
September 11, 2026

The Honorable Gary Stein
United States Magistrate Judge